UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PRISCILLA R. SAINTAL,

    Plaintiff,

vs.

SHERYL FOSTER, et al.,

    Defendants.

Case No. 2:11-CV-00445-KJD-(PAL)

**ORDER**

    The Attorney General of the State of Nevada has submitted a report (#20) indicating that the parties have not reached a settlement and that the Attorney General intends to proceed with the action.

    IT IS THEREFORE ORDERED that the clerk shall send electronically serve defendants with a copy of this order and the amended complaint (#11). The Attorney General shall advise the court within twenty-one (21) days from the date that this order is entered whether service of process for the named defendants is accepted. If the Attorney General accepts service of process for any of the defendants, such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days of the date of the notice of acceptance of service. If service cannot be accepted for any of the named defendants, then plaintiff will need to file a motion identifying the unserved defendant(s), requesting the issuance of a summons, and specifying a full name and address for said defendant(s). Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days from the date that this order is entered.

-2-

1  IT IS FURTHER ORDERED that henceforth, plaintiff shall serve upon defendants or, if
2 appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or
3 other document submitted for consideration by the court.  Plaintiff shall include with the original
4 paper submitted for filing a certificate stating the date that a true and correct copy of the document
5 was mailed to the defendants or counsel for the defendants.  The court may disregard any paper
6 received by a district judge or magistrate judge which has not been filed with the clerk, and any
7 paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of
8 service.

9  DATED: September 27, 2011

_____
KENT J. DAWSON
United States District Judge