# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA R. SAINTAL,<br><br>                  Plaintiff,<br><br>vs.<br><br>SHERYL FOSTER, *et al.,*<br><br>                  Defendants. | Case No. 2:11-cv-00445-KJD-PAL<br><br>**ORDER**<br><br>(Mot. Strike - Dkt. #22) |

    Before the court is the Defendants' Motion to Strike (Dkt. #22). No opposition was filed and the time for filing a response has now run.

    Defendants seek an order striking three documents filed by the Plaintiff after the court entered a Screening Order (Dkt. #10), and Order Setting Inmate Early Mediation Conference (Dkt. #15). Specifically, Plaintiff filed a 78-page Amended Memorandum of Law in Support of Civil Rights Complaint (Dkt. #12), Notice and Motion of Informative [sic] to Judge Regarding Discretions with Mediation (Dkt. #18), and Motion for Transfer and Grounds of Prejudice (Dkt. #19). Having reviewed and considered the matter, the court finds Plaintiff filed these documents in contravention of the court's orders. Additionally, Plaintiff did not file an opposition to Defendants' motion to strike, and pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Accordingly,

    **IT IS ORDERED** that Defendants' Motion to Strike (Dkt. #22) is **GRANTED**, and Plaintiff's Amended Memorandum (Dkt. #12), Notice of Motion (Dkt. #18), and Motion for Transfer (Dkt. #19) are **STRICKEN**.

    Dated this 12th day of October, 2011.

                                                                    Peggy A. Leen<br>
                                                                    United States Magistrate Judge