# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PRISCELLA R. SAINTAL, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00445-KJD-PAL |
| vs. | ) | **ORDER** |
| SHERYL FOSTER, *et al.*, | ) | (Mot. for Power of Atty - Dkt. #40) |
| Defendants. | ) | |

Before the court is Plaintiff's Motion to Add Power of Attorney (Dkt. #40). The court has reviewed the motion and Defendants' Opposition (Dkt. #44).

Plaintiff is an inmate at the Florence McClure Women's Correctional Center and is appearing pro se. The court screened her amended complaint and found that she had stated a claim that Defendants have retaliated against her for filing grievances on behalf of a fellow inmate. In the current motion she seeks to add Kimberly Rene Boykins, her life partner, as her power of attorney for purposes of proceedings in this case. She makes this request contending that she suffers from emotional distress, threats and harassment by the Defendants by being placed in segregation, and that her partner is capable of making decisions on her behalf. Defendants oppose the request arguing it is not authorized by law, and Plaintiff has not cited any points and authorities supporting her request.

The court appreciates that it is difficult for a pro se litigant to prosecute a federal civil rights case, and that the court has denied Plaintiff's request for appointment of counsel to represent her. However, a non-lawyer may not engage in the unauthorized practice of law by taking legal action on behalf of a litigant in a federal case. Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Add Power of Attorney (Dkt. #40) is **DENIED**.

Dated this 16th day of April, 2012.

Peggy A. Leen
United States Magistrate Judge