CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
Bureau of Litigation
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: 702-486-3420
Fax: 702-486-3773
E-mail: mmenendez@ag.nv.gov
*Attorneys for Defendants Dew, Dreesen,*
*Foster, Myles, Owens, Patterson, and Ringstad*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA R. SAINTAL, <br><br> Plaintiff, <br><br> v. <br><br> SHERYL FOSTER, *et. al.*, <br><br> Defendants. | Case No. 2:11-cv-00445-KJD-PAL <br><br> **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |

COME NOW Defendants, MISTY DEW, FRANCIS DREESEN, SHERYL FOSTER, CAROLYN MYLES, JOSEPH OWENS, JEFFREY PATTERSON, and ARNOLD RINGSTAD, by and through their counsel, Catherine Cortez Masto, Nevada Attorney General, and Mercedes S. Menendez, Deputy Attorney General, of the State of Nevada Office of the Attorney General, and hereby respectfully request that former Deputy Attorney General, Robert J. Simon, be removed from the CM/ECF Service List and that notice of the proceedings in the above-captioned matter be discontinued as a result of his departure from the Nevada Office of the Attorney General. It is no longer necessary that Robert J. Simon receive CM/ECF notice of ongoing proceedings in this action.

. . .

1  Accordingly, the undersigned requests that Robert J. Simon be removed from the
2  CM/ECF Service list in this matter, USDC Case No. 2:11-cv-00445-KJD-PAL.
3  Dated: March 21, 2013.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Mercedes S. Menendez
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada State Bar No. 9443
Bureau of Litigation
*Attorneys for Defendants Dew, Dreesen, Foster, Myles, Owens, Patterson, and Ringstad*

IT IS SO ORDERED this 22nd day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 21st day of March, 2013, I served the foregoing, **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS**, by causing a true and correct copy thereof to be filed with the Clerk of the Court using the electronic filing system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Priscella Saintal, #28661
Florence McClure Women's Correctional Center
4370 Smiley Road
Las Vegas, Nevada 89115
*Plaintiff, Pro Se*

/s/   Kimie S. Beverly
KIMIE S. BEVERLY
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL