ADAM PAUL LAXALT
Nevada Attorney General
TIFFANY E. BREINIG
Deputy Attorney General
Nevada Bar No. 9984
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3125
Facsimile: (702) 486-3773
Email: tbreinig@ag.nv.gov
*Attorneys for Defendants Sheryl Foster,
Carolyn Myles, James Greg Cox,
Jeffrey Patterson, Francis Dreesen,
Misty Dew, David Molnar, and
Arnold Ringstad*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL, #28661<br><br>Plaintiff,<br><br>vs.<br><br>SHERYL FOSTER, et al.,<br><br>Defendants. | Case No. 2:11-cv-00445-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Priscella Saintal, Plaintiff Pro Se, and Defendants Sheryl Foster, Carolyn Myles, James Greg Cox, Jeffrey Patterson, Francis Dreesen, Misty Dew, David Molnar, and Arnold Ringstad, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Tiffany E. Breinig, Deputy Attorney General, that the

///
///
///
///
///

- 1 -

1  ///

2  above-captioned matter be dismissed in its entirety against all parties with prejudice, and that
3  each party will bear their own attorney fees and costs.

5  DATED May 24, 2016.                                              DATED May 26, 2016.

                                                                    ADAM PAUL LAXALT
                                                                    Nevada Attorney General

                                                                    By: _____
_____                                        Tiffany E. Breinig
Priscella Saintal                                                   Deputy Attorney General
*Plaintiff Pro Se*                                                  *Attorneys for Defendants*

IT IS SO ORDERED.                                                   DATED ___May 29_____, 2016.

                                                                    _____
                                                                    RICHARD F. BOULWARE, II
                                                                    United States District Judge

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068